1  THOMAS K. HOCKEL (SBN 172367)
   KELLY HOCKEL & KLEIN P.C.
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  thockel@khklaw.com

5  Attorneys for Defendant U.S. BANK DISABILITY PLAN

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| NANCY A. MILLER, | ) Case No.: 2:08−CV−00635−JAM−CMK |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST FOR DISMISSAL; ORDER** |
| vs. | ) |
| U.S. BANK DISABILITY PLAN, | ) |
| Defendant. | ) |

**STIPULATED REQUEST FOR DISMISSAL; ORDER**

Case No.:CV−00635−JAM−CMK

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to a settlement reached by the parties, plaintiff Nancy A. Miller ("Plaintiff") and defendant U.S. Bank Disability Plan ("defendant") hereby stipulate to a dismissal of the above action in its entirety, as to all parties and claims, with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 26, 2009          CAMPBELL & CLARK


By // Robert N. Campbell
   Robert N. Campbell
   Attorneys for Plaintiff
   NANCY A. MILLER

Dated:  February 26, 2009          KELLY, HOCKEL & KLEIN P.C.


By // Thomas K. Hockel
   Thomas K. Hockel
   Attorneys for Defendant
   U.S. BANK DISABILITY PLAN

**ORDER**

Pursuant to the parties' stipulation, this action is hereby dismissed in its entirety, as to all parties and claims, with prejudice, each party to bear its own attorneys fees and costs.

Dated: February 26, 2009          /s/ John A. Mendez
                                  UNITED STATES DISTRICT JUDGE

-1-

**STIPULATION FOR DISMISSAL; ORDER**

Case No.:CV−00635−JAM−CMK

PDF created with pdfFactory trial version www.pdffactory.com